UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR536 HEA |
| | ) |
| DIANE R. GENTILE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Wednesday, January 19, 2011, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 12th day of January, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE